**Roger BERG; William Morley, Plaintiffs—Appellees,**

**and**

**John Jackson; Gary Rens; Martin Trump, Plaintiffs,**

**v.**

**AUTO NATION INC., dba Pitre Buick–Pontiac–GMC, Inc. dba Pitre Chrysler–Plymouth–Jeep of Scottsdale, Inc.; dba Pitre Isuzu–Subaru–Hyundai of Scottsdale, Inc.; dba Pitre Kia of Scottsdale, Inc., Defendant—Appellant.**

Roger Berg; John Jackson; Martin Trump, Plaintiffs,

and

William Morley; Gary Rens, Plaintiffs—Appellees,

v.

Auto Nation Inc., dba Pitre Buick–Pontiac–GMC, Inc. dba Pitre Chrysler–Plymouth–Jeep of Scottsdale, Inc.; dba Pitre Isuzu–Subaru–Hyundai of Scottsdale, Inc.; dba Pitre Kia of Scottsdale, Inc., Defendant—Appellant.

Nos. 04–16655, 04–17314.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Nov. 15, 2006.

Filed Dec. 13, 2006.

Stephen G. Montoya, Esq., Montoya Jimenez, PA A Professional Association of

Lawyers, Phoenix, AZ, for Plaintiffs–Appellees.

Lonnie J. Williams, Jr., Esq., Quarles & Brady Streich Lang LLP, PHOENIX, AZ, for Defendant–Appellant.

Before: SCHROEDER, Chief Circuit Judge, FARRIS and RAWLINSON, Circuit Judges.

MEMORANDUM *

Auto Nation appeals the district court's order awarding nominal damages to William D. Morley on an Age Discrimination in Employment Act hostile work environment claim. Auto Nation also appeals the district court's award of $40,000 in attorney fees to Morley and Gary Rens as well as the failure of the court to reasonably apportion the award of attorney fees between the two. We affirm.

Nominal damages are technically sufficient to make a plaintiff a "prevailing party" for the purposes of civil rights statutes' attorney fee provisions. *Farrar v. Hobby,* 506 U.S. 103, 112–13, 113 S.Ct. 566, 121 L.Ed.2d 494 (1992). We recognize that the most critical factor in determining a fee's reasonableness "is the degree of success obtained," *id.* at 114, 113 S.Ct. 566, but on this record, we conclude that there was no abuse of discretion.

The failure to apportion the attorney fee award does not render the award fatally defective.

AFFIRMED.

---

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.